Trevose Savings Association *v.* Plowfield, Appellant.

Argued March 19, 1976. *Charles V. Snyder, Jr.,* for appellant; *John Philip Diefenderfer,* with him *Frank P. Mincarelli,* and *Stuckert, Yates & Krewson,* and *May, Grove, Stork & Blakinger,* for appellee.

Decree affirmed.

Watkins *v.* Family Consumer Discount Company, Appellant.

Argued March 8, 1976. *John J. Krafsig, Jr.,* for appellant; *Jerome T. Foerster,* with him *Cleckner and Fearen,* for appellee.

Order affirmed.

Zin *v.* Dever, et al., Appellants.

Argued March 15, 1976. *David L. Steck,* with him *William A. Zurzolo,* and *Rawle & Henderson,* for appellants; *Arthur W. Hankin,* with him *Meyer, Lasch, Hankin & Poul,* for appellee.

Order affirmed.